| | |
|---|---|
| 1  PHILLIP A. TALBERT<br>    United States Attorney<br>2  KEVIN C. KHASIGIAN<br>    Assistant U. S. Attorney<br>3  501 I Street, Suite 10-100<br>    Sacramento, CA  95814<br>4  Telephone:  (916) 554-2700 | **FILED**<br>Sep 08, 2022<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF:<br><br>ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 5010 1940 4044, HELD IN THE NAME OF BURKIWORKS,<br><br>ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 5010 1714 7073, HELD IN THE NAME OF LEMON GOLD VENTURES, INC.,<br><br>ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 5010 0170 0675, HELD IN THE NAME OF LEMON GOLD VENTURES, INC.,<br><br>ALL FUNDS MAINTAINED AT PATELCO CREDIT UNION ACCOUNT NUMBER 473661, HELD IN THE NAME OF KURT D. STOCKS, UP TO THE AMOUNT OF $16,212.00, AND<br><br>ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 1641 0242 5652, HELD IN THE NAME OF REDWOOD VENTURES, INC.,<br><br>                    Defendants. | CASE NUMBER:<br>2:17-SW-0949-EFB<br>2:17-SW-0951-EFB<br>2:17-SW-0953-EFB<br>2:17-SW-0954-EFB<br>2:17-SW-0955-EFB<br><br>ORDER RE: REQUEST TO UNSEAL DOCUMENTS |

   Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the seizure warrants and seizure warrant affidavits in the above captioned

1

1 proceedings be and are hereby unsealed.

2 Date: September 8, 2022

*[signature: Allison Claire]*

ALLISON CLAIRE
United States Magistrate Judge